JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAULES MAGGARD<br>Petitioner,<br>v.<br>D.J. SILVA,<br>Respondent. | Case No. 2:25-cv-10932-DOC-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 29, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE